**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**Kristina N. Holmstrom** (State Bar No. 023384)
Direct Dial: 602.262.5762
Direct Fax: 602.734.3875
Email: kholmstrom@lrrc.com
*Attorneys for Life Insurance Company of North America*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Mast,<br><br>            Plaintiff,<br><br>vs.<br><br>Life Insurance Company of North America; Discover Financial Services; Discover Financial Services Disability Plan,<br><br>            Defendants. | No. 2:16-cv-02489-GMS<br><br>**STIPULATION OF DISMISSAL** |

The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice. Each party will bear its own attorneys' fees and costs. A proposed form of order accompanies this stipulation.

DATED this 13th day of April, 2017.

| SCOTT E. DAVIS, PC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By:*/s/ Scott E. Davis (w/permission)*<br>      Scott E. Davis<br>*Attorneys for Plaintiff* | By:*/s/ Kristina N. Holmstrom*<br>      Kristina N. Holmstrom<br>*Attorneys for Life Insurance Company of North America* |

101014950_1