# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Mast, | No. CV-16-02489-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Life Insurance Company of North America, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal (Doc. 26) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing Plaintiff Susan Mast's claims against Defendant Life Insurance Company of North America with prejudice, each party to bear its own attorneys' fees and costs. The Clerk of Court is directed to terminate this action.

Dated this 13th day of April, 2017.

_G. Murray Snow_
Honorable G. Murray Snow
United States District Judge